IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-WM-2581

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATION OF JUDGMENT
### FOR REGISTRATION IN ANOTHER DISTRICT

I, James R. Manspeaker, Clerk of this United States District Court, certify that the attached judgment is a true and correct copy of the original Final Judgment No. 23 entered in this action on October 13, 1999, as it appears in the records of this Court, and that no notice of appeal from this



-2-

judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

    IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on this 30 day of June 2000.

JAMES R. MANSPEAKER

_____
CLERK

By: _____
Deputy Clerk

I:\documents\attydocs\Integra\Collection\J023-MA REG JDGMT.wpd

-2-