Case 1:04-mc-10236-NMG    Document 1-4    Filed 09/03/2004    Page 1 of 3



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
~~JUDGE WALKER D. MILLER~~

Civil Action No. 94-WM-2581

Adversary Proceeding
No. 94-1370-MSK

In re:

INTEGRA REALTY RESOURCES, INC.,
and
INTEGRA - A HOTEL AND RESTAURANT COMPANY
Tax I.D. No. 48-0764252
and
BHC OF DENVER, INC.,
Tax I.D. No. 74-27914828

      Debtors.

Chapter 11

Case No. 92-18853-DEC

Case No. 92-18854-PAC

Case No. 92-18855-CEM

Jointly Administered under
Case No. 92-18853-DEC

Jeffrey A. Weinman, as Trustee
for the Integra Unsecured
Creditors' Trust,

      Plaintiff,

vs.

Fidelity Capital Appreciation
Fund et al.,

      Defendants.

---

**ORDER AUTHORIZING TRUSTEE TO REDACT
CERTAIN JUDGMENT DEBTORS FOR PURPOSES
OF REGISTERING JUDGMENTS IN OTHER DISTRICTS**

---

    THIS MATTER is before the Court upon the Motion for Order Authorizing Trustee to Redact Certain Judgment Debtors for Purposes of Registering Judgments in Other Districts (the

"Redaction Motion") filed by Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust. In the Redaction Motion, the Trustee seeks authorization to redact the names of those judgment debtors who have satisfied the judgments entered against them in the above-captioned class action before the Trustee registers the judgments in other districts. Having reviewed the Redaction Motion, the file in this matter, and being advised in the premises, the Court finds as follows:

1. The Court entered 62 final judgments against approximately 5,800 defendants between September 1999 and January 2000 (the "Final Judgments");

2. The Final Judgments are generally organized by the defendant/judgment debtor's state of residence;

3. Each Final Judgment names multiple judgment debtors with varying judgment amounts entered against the different judgment debtors;

4. Some judgment debtors have satisfied the judgments entered against them while other judgment debtors included in the same Final Judgment have not satisfied the judgments entered against them;

5. In June and July of 2000, this Court entered approximately 36 certification of judgments for registration in another district ("Certification of Judgments"); and

6. Under the state law in some states the mere registration of a judgment in the United States District Court of that state may create a lien on the property of all the judgment debtors included in the Final Judgments.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Redaction Motion is granted.

FURTHER, IT IS ORDERED that the Trustee is authorized to redact the names of those judgment debtors that have satisfied the Judgments entered against them by blacking out such judgment debtors from the list of judgment debtors attached as an exhibit to the Certification of Judgments to be registered in the other districts.

FURTHER, IT IS ORDERED, that the Trustee will file a copy of the Certification of Judgments showing the redaction so that this Court's records will reflect the Certification of Judgments actually filed in other districts.

Dated this 27TH day of ~~March~~ August 2001.

BY THE COURT:

*Boyd N Boland*
~~Walker D. Miller~~
~~United States District~~ Court Judge


**BOYD N. BOLAND**
United States Magistrate Judge