2625 Wigwam, Suite 104,
Henderson, NV 89014
Tele. 702-990-8302
Fax 702-990-8310

Suite 200
76 Dorrance Street
Providence, RI 02903
Tele. 401-453-6875
Fax 401-453-4293

# TITLE 11 HOLDINGS, LLC

*A National Capital Management Company*

FILED
IN CLERKS OFFICE

2007 NOV -5  P 2: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 1, 2007

United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02110

**RE:** **Docket and Return Partial Satisfaction of Judgment**
**Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust**
**v.**
**Fidelity Capital Appreciation Fund, et al.,**
**Massachusetts Case No.:  1:04mc10236**
**Massachusetts File Date:   9/2/2004**

Dear Sir/Madam:

Please find enclosed a Partial Satisfaction of Judgment for the above titled matter, a copy of the same, and a self-addressed stamped envelope.

Please Docket the Partial Satisfaction of Judgment and return the copy to my office with the Clerk's recording stamp with the associated Docket Number and Date.

If you have any questions, please do not hesitate to contact me at your convenience at (401) 453-6875.

Thank you, for your assistance.

Sincerely,

Paul J. Viveiros
Title 11 Holding, LLC

:enclosures

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust, | **CIVIL ACTION**<br>**NO. 1:04-mc-10236** |
| Plaintiff, | |
| V. | |
| Fidelity Capital Appreciation Fund, et al., | |
| Defendants, | |

### PARTIAL SATISFACTION OF JUDGMENT

KNOWN ALL MEN BY THESE PRESENTS THAT Title 11 Holdings, LLC, as Assignee of Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust, holder of a Judgment rendered in the United States District Court for the District of Colorado, Civil Action No. 94-WM-2581 and registered in the United States District Court for the District of Massachusetts, Civil Action 1:04-mc-10236, against the Defendants, Daphene E. Georges, et al., does hereby satisfy, release and discharge specifically Daphene E. Georges of said Judgment and hereby satisfy, release and discharge specifically Daphene E. Georges of a certain Judgment Lien recorded in the Suffolk County, Massachusetts Registry of Deeds, specifically Document 200700080622 recorded in Book 42153, Page 76 on July 16, 2007.

IN WITNESS WHEREOF, David M. Wiernusz, as Officer of Title 11 Holdings, LLC, has signed these presents this __1__ day of November in the year 2007.

Title 11 Holdings, LLC
2625 Wigwam, Suite 104
Henderson, Nevada 89014

By: _____
David M. Wiernusz
Officer

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Rhode Island, in said County, on the __1st__ day of November in the year 2007 before me personally appeared David M. Wiernusz, personally known to me, and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

**CHRISTINE J. CALABRO**
Notary Public of Rhode Island
My Commission Expires 04/08/09

Notary Public

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust, | CIVIL ACTION<br>NO. 1:04-mc-10236 |
| Plaintiff, | |
| V. | |
| Fidelity Capital Appreciation Fund, et al., | |
| Defendants, | |

### PARTIAL SATISFACTION OF JUDGMENT

KNOWN ALL MEN BY THESE PRESENTS THAT Title 11 Holdings, LLC, as Assignee of Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust, holder of a Judgment rendered in the United States District Court for the District of Colorado, Civil Action No. 94-WM-2581 and registered in the United States District Court for the District of Massachusetts, Civil Action 1:04-mc-10236, against the Defendants, Daphene E. Georges, et al., does hereby satisfy, release and discharge specifically Daphene E. Georges of said Judgment and hereby satisfy, release and discharge specifically Daphene E. Georges of a certain Judgment Lien recorded in the Suffolk County, Massachusetts Registry of Deeds, specifically Document 200700080622 recorded in Book 42153, Page 76 on July 16, 2007.

IN WITNESS WHEREOF, David M. Wiernusz, as Officer of Title 11 Holdings, LLC, has signed these presents this __1__ day of November in the year 2007.

Title 11 Holdings, LLC
2625 Wigwam, Suite 104
Henderson, Nevada 89014

By: _____
David M. Wiernusz
Officer

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Rhode Island, in said County, on the __1st__ day of November in the year 2007 before me personally appeared David M. Wiernusz, personally known to me, and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

**CHRISTINE J. CALABRO**
Notary Public of Rhode Island
My Commission Expires 04/08/09

Notary Public